KENNETH C. HARTPENCE, PLAINTIFF-PETITIONER, v. HANS GROULEFF, DEFENDANT-RESPONDENT.

See same case below: 28 *N. J. Super.* 125.

*Mr. Franklin W. Kielb* for the petitioner.

*Messrs. Hauck & Herrigel* for the respondent.

February 8, 1954.   Granted.

PHILIP D. GOLDSTEIN, PETITIONER-PETITIONER, v. CONTINENTAL BAKING CO., RESPONDENT-RESPONDENT.

See same case below: 28 *N. J. Super.* 55.

*Mr. Nathan Rabinowitz* and *Mr. Isadore Rabinowitz* for the petitioner.

*Mr. John W. Taylor* for the respondent.

February 8, 1954.   Granted.